IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MABEL KAY THOMAS | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:04-cv-00147 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| SPEEDWAY SUPERAMERICA LLC | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court hereby GRANTS Defendant's Motion for Summary Judgment on Plaintiff's Fair Labor Standards Act and Ohio Overtime Provisions claims (doc. 49) and Defendant's Motion for Summary Judgment on Plaintiff's age discrimination claims (doc. 51).  This matter is hereby DISMISSED FROM THE COURT'S DOCKET.

3/31/06                                                                                James Bonini, Clerk


                                                                                       s/Kevin Moser
                                                                                       Kevin Moser
                                                                                       Deputy Clerk